■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA RAINEY, Appellant. [700 NYS2d 893] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Arson, 2nd Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVAR BRACY, Appellant. [700 NYS2d 894] —Judgment unanimously affirmed. Memorandum: Upon weighing the relative probative force of the conflicting testimony, we conclude that the verdict convicting defendant of assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]) is not contrary to the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). Defendant failed to preserve for our review his challenge to the jury charge (*see,* CPL 470.05 [2]), and we decline to exercise our power to review the issue as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Assault, 1st Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.